**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-1334**

---

WILLIAM SOMMERVILLE,

              Plaintiff – Appellant,

     v.

JODY DOBSON, Officer; JAMES LEDBETTER, Lieutenant,

              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, Senior District Judge.   (4:10-cv-00067-JBF-FBS)

---

Submitted:  October 25, 2011          Decided:  November 2, 2011

---

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Todd M. Gaynor, TAYLOR & WALKER, PC, Norfolk, Virginia, for Appellant. Kenneth T. Cuccinelli II, Attorney General of Virginia, E. Duncan Getchell, Solicitor General of Virginia, Wesley G. Russell, Jr., Deputy Attorney General, Catherine Crooks Hill, Senior Assistant Attorney General, Richmond, Virginia; Jeff W. Rosen, Lisa Ehrich, PENDER & COWARD, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Sommerville appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sommerville v. Dobson, No. 4:10-cv-00067-JBF-FBS (E.D. Va. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED